UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
SALVATORE L. AZZARA,                 :
                                     :
       Plaintiff,               :   Case No.: 1:20-cv-05088-PKC
                                     :
  -against-                         :
                                     :
RESTORBIO, INC., CHEN SCHOR,         :
JEFFREY A. CHODAKEWITZ, PAUL         :
FONTEYNE, MICHAEL GRISSINGER,        :
JONATHAN SILVERSTEIN, DAVID          :
STEINBERG, and LYNNE SULLIVAN        :
                                     :
       Defendants.              :
                                     :
------------------------------------ X

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 5, 2020                Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*